# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY LOUIS HUGHES,<br>    Petitioner,<br><br>          v.<br><br>FELIPE MARTINEZ,<br>    Respondent. | CV 19-1829 DSF<br>CR 02-904 DSF<br><br>Order DENYING Section 2241 Petition |

    Petitioner/Defendant Jerry Louis Hughes has filed a petition purportedly under 28 U.S.C. § 2241. The petition challenges Defendant's sentence, not the execution of his sentence, so it is more accurately a petition brought under 28 U.S.C. § 2255. The petition is well-outside the one-year limitations period for § 2255 motions and would be a second or successive petition in any event.

    The petition is DENIED. Defendant's arguments related to his conditions of supervised release were addressed in the Court's March 5, 2019 order entered in Defendant's criminal case.

    IT IS SO ORDERED.

Date: April 2, 2019

                                            Dale S. Fischer<br>
                                            United States District Judge