# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff,<br><br>　　　　v.<br><br>JERRY LOUIS HUGHES,<br>　　Defendant. | CR 02-904-3 DSF<br><br>ORDER DENYING MOTION FOR REDUCTION OF SENTENCE PURSUANT TO TITLE 18 U.S.C. § 3582(c)(2) AND U.S.S.G.§ 1B1.10 (Dkt. 1041) |

　　Defendant's motion is denied for the reasons stated in the government's Opposition.  <u>See</u> Dkt. 1042.

　　IT IS SO ORDERED.

Date: June 25, 2024

_____
Dale S. Fischer
United States District Judge